UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00157

**Sammy Rabourn,**
*Plaintiff,*

v.

**Commissioner of Social Security,**
*Defendant.*

# O R D E R

Plaintiff filed this civil action pursuant to the Social Security Act, § 205(g), for judicial review of the Commissioner's denial of his application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a report recommending that the decision of the Commissioner be reversed and that this cause of action be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the opinion of the court. Doc. 19.

Neither party has filed objections to Judge Love's report and recommendation, and the timeframe for doing so has passed. The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 19) is accepted. Fed. R. Civ. P. 72(b)(3). The decision of the Commissioner is reversed, and this case is remanded to the Commissioner of the Social Security Administration for proceedings consistent with this court's opinion.

*So ordered by the court on February 22, 2022.*

<u>                                   </u>
J. CAMPBELL BARKER
United States District Judge